# Intended Notice Recipients – Method of Notice

District/Off: 0209–2      User: hirsch      Date Created: 3/1/2007
Case: 2–06–20689–JCN      Form ID: ntcentry      Total: 8

**CM/ECF Notice of Electronic Filing Recipients:** *(Refer to Notice of Electronic Filing[NEF] for notice transmission details.)*

| | | |
|---|---|---|
| tr | George M. Reiber | trustee13@roch13.com, greiber@roch13.com |
| aty | David L. Rasmussen | drasmussen@lacykatzen.com |
| aty | Mark E. Lewis | lewislegalservices@yahoo.com |

TOTAL: 3

**Notice Recipients submitted to the BNC:** *(Refer to BNC Certificate of Service for notice transmission details.)*

| | | | | |
|---|---|---|---|---|
| db | Jonathan T. Vanmanen | 39 Hilltop Drive | Penfield, NY 14526 | |
| | Barkley Clark, Esq. | 1201 Walnut St. | Ste. 250 | Kansas City, MO 64106–2149 |
| | Bonnie Baker, Esq. | Deily, Mooney &Glastetter, LLP | Thurlow Terrace | Albany, NY 12203–1006 |
| | Francesco Fabiano, Esq. | 1035 7th North Street | Liverpool, NY 13088 | |
| | Deborah Schaal, Es.q | 1039 Monroe Avenue | Rochester, NY 14620–1730 | |

TOTAL: 5